UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDSAY MUNIZ,

Petitioner,

v.

A. COOPER, WARDEN, FDC SEATAC,

Respondent.

Case No. C26-2418-JLR-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus (dkt. # 5) and this action are DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 20th day of November, 2026.

James L. Robart
United States District Judge